IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DENNIS M. FRIEDT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES DISTRICT COURT, JUDGE SUSAN P. WATTERS, REPRESENTATIVE,<br><br>　　　　Defendant. | Cause No. CV 21-87-BLG-DWM<br><br><br>ORDER |

To:   Montana State Prison, 400 Conley Lake Road, Deer Lodge, MT 59722

Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for the above-captioned action. *See* 28 U.S.C. § 1915 (b)(1), (2).

Accordingly, IT IS ORDERED:

1. Missoula County Detention Center shall collect from Plaintiff's inmate account the $350.00 filing fee and shall forward payments to the Clerk of Court. The amount collected shall be 20% of the preceding month's income credited to Plaintiff's prison inmate account, provided the preceding month's income exceeds $10.00. These monthly filing-fee payments shall be collected simultaneously with the payments required in other cases filed by Plaintiff. *See Bruce v. Samuels*, 577

U.S. 82, 90 (2016). Said payments shall be clearly identified by the name and number assigned to this action.

    2. Payments shall be sent to the Clerk of U.S. District Court, Russell Smith Courthouse, 201 E. Broadway, Missoula, Montana 59802.

    3. The Clerk of Court is directed to serve a copy of this Order on the Montana State Prison at the above address.

    DATED this __6th__ day of November, 2021.

*Judge Donald Molloy* 14:40 PM
Donald W. Molloy
United States District Court

cc:     Dennis Friedt, Prison #: 3015408
       USDC Financial